**PACIFIC TELESIS GROUP; Pacific Bell; Nevada Bell, Plaintiffs–Appellants,**

v.

**UNITED STATES of America, et al.; Federal Communications Commission; Janet Reno, Attorney General, Defendants–Appellees,**

**and**

**California Cable Television Association, Intervenor–Appellee.**

**US WEST, INC.; US West Communications; US West Multimedia Communications, Inc., Plaintiffs–Appellees,**

**and**

**Washington Independent Telephone Association; Pacific Telecom, Inc. (PTI), and its Subsidiaries, Plaintiffs–Intervenors–Appellees,**

v.

**UNITED STATES of America; Federal Communications Commission; Janet Reno, Attorney General, Defendants–Appellants.**

Nos. 94–16064, 94–35775.

United States Court of Appeals, Ninth Circuit.

May 24, 1996.

Before: ALARCON and HALL, Circuit Judges, and KING,* District Judge.

### ORDER

The joint motion of the parties in case no. 94–16064, which was filed with the court on

nation.

April 29, 1996, is GRANTED. This case is hereby remanded to the district court. The district court order of May 17, 1994, shall be vacated and the case dismissed as moot.

Case no. 94–35775 is hereby remanded to the district court. The district court shall vacate its order granting summary judgment and the case shall be dismissed as moot.